# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROY E. NAOUMI,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　　Defendant. | Case No. 2:12-cv-01140-JCM-PAL<br><br>**ORDER** |

This matter is before the court on the court's review of the docket. Plaintiff is proceeding in this action in forma pauperis, and on August 1, 2012, the court entered an Order (Dkt. #2) screening Plaintiff's Complaint pursuant to 28 U.S.C. § 1915 and directing the Clerk of Court to serve the Complaint pursuant to Rule 4(i) of the Federal Rules of Civil Procedure. That Rule provides, in relevant part, that in order to serve the United States and its agencies, a party must deliver or mail by certified mail a copy of the complaint and summons to (a) the United States Attorney for the district where the action is brought; (b) the Attorney General of the United States in Washington, D.C.; and (c) the agency or officer. *See* Fed.R.Civ.P. 4(i)(1)(A), 4(i)(1)(B), and 4(i)(2). Accordingly, the court directed service on the Office of General Counsel for the Social Security Administration ("SSA") in Baltimore, Maryland; the Attorney General in Washington, D.C.; and the United States Attorney for the District of Nevada. *See* Order (Dkt. #6).

On December 9, 2005, the Social Security Administration promulgated a Notice amending its rules for service of process in lawsuits seeking judicial review of SSA final decisions on individual claims for benefits under Titles II, VIII, and/or XVI of the Social Security Act. *See* Notice, 70 Fed. Reg. 73320 (Dec. 9, 2005). The Notice directs that "summonses and complaints in these types of cases

should be mailed directly to the office in SSA's Office of General Counsel (OGC) that is responsible for the processing and handling of litigation in the particular jurisdiction in which the complaint has been filed." *Id.* The revised procedures are codified at 20 C.F.R. 423.1 and provide that service of process on the SSA or the Commissioner of the SSA should be effected on the SSA's regional Office of General Counsel for the jurisdiction where the complaint was filed. *See* 20 C.F.R. 423.1 (Oct. 11, 2012).

Accordingly,

**IT IS ORDERED** that the Clerk of the Court shall serve the Commissioner of the Social Security Administration by sending a copy of the summons and Complaint by certified mail to:

> Office of the Regional Chief Counsel, Region IX
> Social Security Administration
> 160 Spear St., Suite 899
> San Francisco, CA 94105-1545

Dated this 23rd day of October, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE